B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hogue, Marshall Wayne** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hogue, Barbara Bynes** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-3367** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-4608** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2602 Raven Falls Lane**<br>**Friendswood, TX**     ZIP CODE **77546** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2602 Raven Falls Lane**<br>**Friendswood, TX**     ZIP CODE **77546** |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business:<br>**Harris** |
| Mailing Address of Debtor (if different from street address):<br>**2602 Raven Falls Lane**<br>**Friendswood, TX**     ZIP CODE **77546** | Mailing Address of Joint Debtor (if different from street address):<br>**2602 Raven Falls Lane**<br>**Friendswood, TX**     ZIP CODE **77546** |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/10)                                                 **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s):    **Marshall Wayne Hogue** <br>                               **Barbara Bynes Hogue** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: <br> **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** __/s/ John E. Smith_____      11/30/2010 <br>            **John E. Smith**                               Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br>      ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br>      ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately <br><br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no <br> principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br><br> _____ <br> (Address of landlord) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire <br><br> ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the <br><br> ☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): **Marshall Wayne Hogue** |
|---|---|
| *(This page must be completed and filed in every case)* | **Barbara Bynes Hogue** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Marshall Wayne Hogue**
    **Marshall Wayne Hogue**

**X**  **/s/ Barbara Bynes Hogue**
    **Barbara Bynes Hogue**

Telephone Number (If not represented by attorney)

**11/30/2010**
Date

### Signature of Attorney*

**X**  **/s/ John E. Smith**
    **John E. Smith**     Bar No.**18613275**

**John E. Smith & Associates, P.C.**
**2190 North Loop West**
**Suite 101**
**Houston, Texas 77018**

Phone No.**(713) 861-5699**   Fax No.**(713) 620-3093**

**11/30/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Marshall Wayne Hogue**
         **Barbara Bynes Hogue**

CASE NO

CHAPTER   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Fixed Fee: | **$3,085.00** |
| Prior to the filing of this statement I have received: | | **$2,025.00** |
| Balance Due: | | **$1,060.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **11/30/2010** | **/s/ John E. Smith** |
| *Date* | *John E. Smith*          Bar No.  18613275 |
| | John E. Smith & Associates, P.C. |
| | 2190 North Loop West |
| | Suite 101 |
| | Houston, Texas 77018 |
| | Phone: (713) 861-5699 / Fax: (713) 620-3093 |

---

  **/s/ Marshall Wayne Hogue**                     **/s/ Barbara Bynes Hogue**
*Marshall Wayne Hogue*                             *Barbara Bynes Hogue*

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re **Marshall Wayne Hogue**                              Case No.
      **Barbara Bynes Hogue**

                                                           Chapter      **13**


# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $153,081.00 | | |
| B - Personal Property | Yes | 9 | $46,785.29 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $164,758.17 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $1,060.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $120,649.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $7,096.52 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $5,879.43 |
| | TOTAL | 27 | $199,866.29 | $286,467.78 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re   **Marshall Wayne Hogue**
        **Barbara Bynes Hogue**

Case No.

Chapter        **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
   information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$7,096.52** |
| Average Expenses (from Schedule J, Line 18) | **$5,879.43** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$9,302.74** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$2,760.17** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$1,060.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$120,649.61** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$123,409.78** |

B6A (Official Form 6A) (12/07)

In re **Marshall Wayne Hogue**                                    Case No. _____
      **Barbara Bynes Hogue**                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 2602 Raven Falls Ln, Friendswood, TX 77546 Legal Description: LT 6 BLK 2 HERITAGE PARK SEC 25 HARRIS COUNTY, TEXAS 2009 HCAD VALUATION $153,081 | Deed of Trust-Homestead | C | $153,081.00 | $147,000.00 |
| | | Total: | **$153,081.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Marshall Wayne Hogue**
        **Barbara Bynes Hogue**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash/debtor | C | $10.00 |
| | | Cash/joint debtor | C | $5.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Beacon Federal Credit xxxx9308-S1 Regular Savings (Joint Account) Balance as of 3/31/10 | C | $106.47 |
| | | Beacon Federal Credit xxxx9308-S1.1 Regular Savings (Joint Account) Balance as of 3/31/10 | C | $25.20 |
| | | Beacon Federal Credit xxxx9308-S9 Checking Account (Joint Account) Balance as of 03/31/10 | C | $1,583.97 |
| | | Beacon Federal Credit xxxx82-S1 Regular Savings (Marshall Hogue) Balance as of 3/31/10 | C | $5.00 |
| | | Beacon Federal Credit xxxx82-S9 Checking Account (Marshall Hogue) Balance as of 03/29/10 | C | $196.27 |
| | | Beacon Federal Credit xxx394-S4 Schooner Savers | C | $221.11 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Marshall Wayne Hogue**                                      Case No. _____
       **Barbara Bynes Hogue**                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (minor child account, joint with Marshall Hogue) Balance as of 3/31/10 | | |
| | | Beacon Federal Credit xxx393-S1 Regular Savings (minor child account, joint with Marshall Hogue) Balance as of 3/31/10 | C | $6.39 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Utilities | C | $150.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 5 televisions | C | $300.00 |
| | | 1 radio | C | $5.00 |
| | | 1 dvd player | C | $25.00 |
| | | 1 video games/software | C | $10.00 |
| | | 1 calculators | C | $2.00 |
| | | 2 computer/software/accessories | C | $100.00 |
| | | silverware | C | $10.00 |
| | | drinking glasses and cups | C | $5.00 |
| | | linens, towels, sheets | C | $15.00 |
| | | dishes, plates, bowls, etc. | C | $15.00 |
| | | pots & pans | C | $10.00 |
| | | bakeware | C | $5.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Marshall Wayne Hogue**
       **Barbara Bynes Hogue**

Case No. _____
                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1 dining table and chairs | C | $100.00 |
| | | 1 refrigerator | C | $50.00 |
| | | 1 stove | C | $50.00 |
| | | 1 microwave | C | $10.00 |
| | | 1 toaster | C | $5.00 |
| | | 1 dish washer | C | $30.00 |
| | | 1 iron and ironing board | C | $5.00 |
| | | 1 washer | C | $25.00 |
| | | 1 dryer | C | $25.00 |
| | | 1 vacuum cleaner | C | $15.00 |
| | | 3 couches or sofas | C | $75.00 |
| | | 1 coffee table | C | $10.00 |
| | | 2 end tables | C | $20.00 |
| | | 1 recliner | C | $15.00 |
| | | 3 lamps | C | $10.00 |
| | | 1 desk | C | $5.00 |
| | | 4 beds | C | $200.00 |
| | | 1 dressers | C | $30.00 |
| | | 2 nights stands | C | $10.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Marshall Wayne Hogue**                         Case No. _____
       **Barbara Bynes Hogue**                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 3 ice chests | C | $10.00 |
| | | 1 ladders | C | $10.00 |
| | | 15 hands tools | C | $10.00 |
| | | 2 gardening tools | C | $5.00 |
| | | 1 hedge trimmers | C | $4.00 |
| | | 1 lawnmower | C | $20.00 |
| | | 1 edger or weedeater | C | $10.00 |
| | | 1 leaf blower | C | $5.00 |
| | | 2 cameras | C | $20.00 |
| | | 1 out-of-ground swimming pool | C | $50.00 |
| | | 3 pool equipment | C | $10.00 |
| | | 1 electric bug zapper | C | $5.00 |
| | | 1 trampoline | C | $10.00 |
| | | 6 outdoor chairs | C | $25.00 |
| | | 1 gas or charcoal grill | C | $40.00 |
| | | 1 patio set | C | $20.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Marshall Wayne Hogue**                          Case No. _____
        **Barbara Bynes Hogue**                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | Debtors' Clothing, shoes, coats, shoes, etc. | C | $400.00 |
| | | Children Clothing, shoes, coats, shoes, etc. | C | $200.00 |
| 7. Furs and jewelry. | | 2 wedding rings | C | $50.00 |
| | | 4 all other rings | C | $80.00 |
| | | 1 watches | C | $10.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Firearm/Taurus 45 | C | $200.00 |
| | | 1 tents | C | $10.00 |
| | | 2 sleeping bags | C | $5.00 |
| | | 1 exercise equipment | C | $25.00 |
| | | 1 golf equipment | C | $15.00 |
| | | 3 tennis equipment | C | $10.00 |
| | | 1 aquarium & equipment | C | $10.00 |
| | | 3 bicycles | C | $25.00 |
| | | 1 pool table and accessories (mini) | C | $40.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Clear Creek ISD Life Policy face/death benefit value $100,000 | C | $0.00 |
| | | Deer Park ISD Life Policy face/death benefit value $100,000 | C | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Marshall Wayne Hogue**                                    Case No. _____
        **Barbara Bynes Hogue**                                               (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Fiesta Mart Inc. Life Policy face/death benefit value $80,900 | C | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Clear Creek ISD TRS Retirement Account As of 3/02/10 | C | $13,827.72 |
| | | 401K Fiesta Mart Inc. as of 5-27-10 | C | $434.16 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | ERFW - 3000 shares @.19 | C | $570.00 |
| | | GE - 3 shares @ 16.87 | C | $50.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Marshall Wayne Hogue**                           Case No. _____
      **Barbara Bynes Hogue**                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Marshall Wayne Hogue**
      **Barbara Bynes Hogue**

Case No. _____
                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Chevy Truck Silverado 1500 (Primary Driver: Marshall Hogue) | C | $4,000.00 |
| | | 1993 Buick Century Limited (Primary Driver: Son, R. Hogue) | C | $1,305.00 |
| | | 2002 Suzuki VL800 K Intruder Volusia Motorcycle (Primary Driver: Marshall Hogue) | C | $3,440.00 |
| | | 2003 Mitsubishi Lancer LS (Primary Driver: Son, C. Hogue) | C | $3,325.00 |
| | | 2008 Hyundai Tucson / Base Price of Vehicle (Primary Driver: Barbara Hogue) | C | $14,998.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Marshall Wayne Hogue**                                    Case No. _____
       **Barbara Bynes Hogue**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total  > | $46,785.29 |

_____8_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Marshall Wayne Hogue**                          Case No. _____
      **Barbara Bynes Hogue**                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                     $146,450.*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| 2602 Raven Falls Ln, Friendswood, TX 77546<br>Legal Description: LT 6 BLK 2<br>HERITAGE PARK SEC 25<br>HARRIS COUNTY, TEXAS<br>2009 HCAD VALUATION $153,081 | 11 U.S.C. § 522(d)(1) | $6,081.00 | $153,081.00 |
| Cash/debtor | 11 U.S.C. § 522(d)(5) | $10.00 | $10.00 |
| Cash/joint debtor | 11 U.S.C. § 522(d)(5) | $5.00 | $5.00 |
| Beacon Federal Credit<br>xxxx9308-S1<br>Regular Savings<br>(Joint Account)<br>Balance as of 3/31/10 | 11 U.S.C. § 522(d)(5) | $106.47 | $106.47 |
| Beacon Federal Credit<br>xxxx9308-S1.1<br>Regular Savings<br>(Joint Account)<br>Balance as of 3/31/10 | 11 U.S.C. § 522(d)(5) | $25.20 | $25.20 |
| Beacon Federal Credit<br>xxxx9308-S9<br>Checking Account<br>(Joint Account)<br>Balance as of 03/31/10 | 11 U.S.C. § 522(d)(5) | $1,583.97 | $1,583.97 |
| Beacon Federal Credit<br>xxxx82-S1 | 11 U.S.C. § 522(d)(5) | $5.00 | $5.00 |
| *_Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment._ | | **$7,816.64** | **$154,816.64** |

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Marshall Wayne Hogue**                        Case No. _____
   **Barbara Bynes Hogue**                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Regular Savings (Marshall Hogue) Balance as of 3/31/10 | | | |
| Beacon Federal Credit xxxx82-S9 Checking Account (Marshall Hogue) Balance as of 03/29/10 | 11 U.S.C. § 522(d)(5) | $196.27 | $196.27 |
| Beacon Federal Credit xxx394-S4 Schooner Savers (minor child account, joint with Marshall Hogue) Balance as of 3/31/10 | 11 U.S.C. § 522(d)(5) | $221.11 | $221.11 |
| Beacon Federal Credit xxx393-S1 Regular Savings (minor child account, joint with Marshall Hogue) Balance as of 3/31/10 | 11 U.S.C. § 522(d)(5) | $6.39 | $6.39 |
| Utilities | 11 U.S.C. § 522(d)(5) | $150.00 | $150.00 |
| 5 televisions | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| 1 radio | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 1 dvd player | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| 1 video games/software | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 1 calculators | 11 U.S.C. § 522(d)(3) | $2.00 | $2.00 |
| 2 computer/software/accessories | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| silverware | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| | | **$8,842.41** | **$155,842.41** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Marshall Wayne Hogue**                    Case No. _____
       **Barbara Bynes Hogue**                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| drinking glasses and cups | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| linens, towels, sheets | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| dishes, plates, bowls, etc. | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| pots & pans | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| bakeware | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 1 dining table and chairs | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 1 refrigerator | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 1 stove | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 1 microwave | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 1 toaster | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 1 dish washer | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| 1 iron and ironing board | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 1 washer | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| 1 dryer | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| 1 vacuum cleaner | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| 3 couches or sofas | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 1 coffee table | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 2 end tables | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| 1 recliner | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| | | **$9,327.41** | **$156,327.41** |

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Marshall Wayne Hogue**                                          Case No. _____
         **Barbara Bynes Hogue**                                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| 3 lamps | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 1 desk | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 4 beds | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| 1 dressers | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| 2 nights stands | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 3 ice chests | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 1 ladders | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 15 hands tools | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 2 gardening tools | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 1 hedge trimmers | 11 U.S.C. § 522(d)(3) | $4.00 | $4.00 |
| 1 lawnmower | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| 1 edger or weedeater | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 1 leaf blower | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 2 cameras | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| 1 out-of-ground swimming pool | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 3 pool equipment | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 1 electric bug zapper | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 1 trampoline | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 6 outdoor chairs | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| | | **$9,776.41** | **$156,776.41** |

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Marshall Wayne Hogue**          Case No. _____
        **Barbara Bynes Hogue**                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1 gas or charcoal grill | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| 1 patio set | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Debtors' Clothing, shoes, coats, shoes, etc. | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| Children Clothing, shoes, coats, shoes, etc. | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| 2 wedding rings | 11 U.S.C. § 522(d)(4) | $50.00 | $50.00 |
| 4 all other rings | 11 U.S.C. § 522(d)(4) | $80.00 | $80.00 |
| 1 watches | 11 U.S.C. § 522(d)(4) | $10.00 | $10.00 |
| Firearm/Taurus 45 | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| 1 tents | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 2 sleeping bags | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 1 exercise equipment | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| 1 golf equipment | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| 3 tennis equipment | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 1 aquarium & equipment | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 3 bicycles | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| 1 pool table and accessories (mini) | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Clear Creek ISD Life Policy face/death benefit value $100,000 | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| Deer Park ISD Life Policy face/death benefit value $100,000 | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| | | **$10,916.41** | **$157,916.41** |

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Marshall Wayne Hogue**                                   Case No. _____
        **Barbara Bynes Hogue**                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Fiesta Mart Inc. Life Policy face/death benefit value $80,900 | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| Clear Creek ISD TRS Retirement Account As of 3/02/10 | 11 U.S.C. § 522(d)(12) | $13,827.72 | $13,827.72 |
| 401K Fiesta Mart Inc. as of 5-27-10 | 11 U.S.C. § 522(d)(12) | $434.16 | $434.16 |
| ERFW - 3000 shares @.19 | 11 U.S.C. § 522(d)(5) | $570.00 | $570.00 |
| GE - 3 shares @ 16.87 | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| 1999 Chevy Truck Silverado 1500 (Primary Driver: Marshall Hogue) | 11 U.S.C. § 522(d)(2) | $3,450.00 | $4,000.00 |
|  | 11 U.S.C. § 522(d)(5) | $550.00 |  |
| 1993 Buick Century Limited (Primary Driver: Son, R. Hogue) | 11 U.S.C. § 522(d)(2) | $1,305.00 | $1,305.00 |
| 2002 Suzuki VL800 K Intruder Volusia Motorcycle (Primary Driver: Marshall Hogue) | 11 U.S.C. § 522(d)(2) | $0.00 | $3,440.00 |
|  | 11 U.S.C. § 522(d)(5) | $3,440.00 |  |
| 2003 Mitsubishi Lancer LS (Primary Driver: Son, C. Hogue) | 11 U.S.C. § 522(d)(2) | $0.00 | $3,325.00 |
|  | 11 U.S.C. § 522(d)(5) | $3,325.00 |  |
| 2008 Hyundai Tucson / Base Price of Vehicle (Primary Driver: Barbara Hogue) | 11 U.S.C. § 522(d)(2) | $0.00 | $14,998.00 |
|  |  | **$37,868.29** | **$199,866.29** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Marshall Wayne Hogue**
**Barbara Bynes Hogue**

CASE NO

CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| N/A | Real Property. | $153,081.00 | $147,000.00 | $6,081.00 | $6,081.00 | $0.00 |
| 1. | Cash on hand. | $15.00 | $0.00 | $15.00 | $15.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $2,144.41 | $0.00 | $2,144.41 | $2,144.41 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $150.00 | $0.00 | $150.00 | $150.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $1,446.00 | $0.00 | $1,446.00 | $1,446.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $600.00 | $0.00 | $600.00 | $600.00 | $0.00 |
| 7. | Furs and jewelry. | $140.00 | $0.00 | $140.00 | $140.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $340.00 | $0.00 | $340.00 | $340.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $14,261.88 | $0.00 | $14,261.88 | $14,261.88 | $0.00 |
| 13. | Stock and interests in incorporated... | $620.00 | $0.00 | $620.00 | $620.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2010, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Marshall Wayne Hogue**                    CASE NO
            **Barbara Bynes Hogue**
                                                                CHAPTER   **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles | $27,068.00 | $17,758.17 | $12,070.00 | $12,070.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$199,866.29** | **$164,758.17** | **$37,868.29** | **$37,868.29** | **$0.00** |

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exem of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|-------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | **$0.00** | **$0.00** | **$0.00** |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|-------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2010, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Marshall Wayne Hogue**                             CASE NO
        **Barbara Bynes Hogue**
                                                            CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**
(None)

| | | | |
|---|---|---|---|
| Beacon Federal Credit | $1,583.97 | $1,583.97 | $0.00 |
| Beacon Federal Credit | $196.27 | $196.27 | $0.00 |
| Beacon Federal Credit | $221.11 | $221.11 | $0.00 |
| **TOTALS:** | **$2,001.35** | **$0.00**  **$2,001.35** | **$0.00** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$199,866.29** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$199,866.29** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$164,758.17** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$164,758.17** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$37,868.29** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$37,868.29** |
| J.  Total Exemptions Claimed (Wild Card Used: $10,444.41, Available: $13,505.59) | **$37,868.29** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

*Copyright 1996-2010, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

B6D (Official Form 6D) (12/07)

In re  **Marshall Wayne Hogue**                                        Case No. _____
         **Barbara Bynes Hogue**                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx0737**<br><br>**Midland Mortgage Co.**<br>**P.O. Box 268888**<br>**Oklahoma City, OK 73126** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**2602 Raven Falls Ln, Friendswood, TX**<br>REMARKS:<br><br>VALUE: **$153,081.00** | | | | **$147,000.00** | |
| ACCT #: **xxx5727**<br><br>**Santander**<br>**PO Box 25120**<br>**Lehigh Valley, PA 18002-5120** | | C | DATE INCURRED: **7/3/10**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2008 Hyundai Tucson**<br>REMARKS:<br>**72 mos / less than 910 days**<br><br>VALUE: **$14,998.00** | | | | **$17,758.17** | **$2,760.17** |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | **$164,758.17** | **$2,760.17** |
| | | | Total (Use only on last page) > | | | | **$164,758.17** | **$2,760.17** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities)

B6E (Official Form 6E) (04/10)

In re  **Marshall Wayne Hogue**                                    Case No. _____
       **Barbara Bynes Hogue**                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached she

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Marshall Wayne Hogue**                          Case No. _____
     **Barbara Bynes Hogue**                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**John E Smith & Associates, PC**<br>**1235 North Loop West**<br>**Suite 1005**<br>**Houston, Texas 77008** | | C | DATE INCURRED: **10/19/2010**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$1,060.00** | **$1,060.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __1__ of 1__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | **$1,060.00** | **$1,060.00** | **$0.00** |
| Total > | **$1,060.00** | | |

(Use only on last page of the completed Schedule E.

| | | |
|---|---|---|
| Totals > | **$1,060.00** | **$0.00** |

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re   **Marshall Wayne Hogue**
        **Barbara Bynes Hogue**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxxxx-x1002<br>**American Express Blue**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | C | | DATE INCURRED:  **2/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$13,022.45** |
| ACCT #:  xxxx-xxxx-xxxx-2687<br>**Bank of America Worldpoints**<br>**P O Box 851001**<br>**Dallas, TX 75285-1001** | C | | DATE INCURRED:  **7/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$12,051.89** |
| ACCT #:  xxxxxxxx; xxan S9<br>**Beacon Federal Credit Union**<br>**PO Box 1704**<br>**La Porte, TX 77572-1704** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Loan**<br>REMARKS: | | | | **$2,044.17** |
| ACCT #:  xxxxxxxxxxxx7555<br>**Capital One**<br>**P O Box 60599**<br>**City Of Industry, CA 91716-0599** | C | | DATE INCURRED:  **5/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$13,135.71** |
| ACCT #:  xxxx-xxxx-xxxx-5952<br>**Chase**<br>**P O Box 94014**<br>**Palantine, ILL  60094-4014** | C | | DATE INCURRED:  **3/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$11,482.31** |
| ACCT #:  xxxx-xxxx-xxxx-8696<br>**Chase**<br>**P O Box 94014**<br>**Palantine, ILL  60094-4014** | C | | DATE INCURRED:  **4/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$14,342.82** |
| | | | | | Subtotal > | | **$66,079.35** |

_____**2**_____ continuation sheets attached

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Wayne Hogue**
        **Barbara Bynes Hogue**

Case No. _____
                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-2074<br>**Citi**<br>**PO Box 6000**<br>**The Lakes, NV 89163-6000** | | C | DATE INCURRED:  **2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $24,853.09 |
| ACCT #:  xxxxxxxxxxxx1372<br>**Goodyear**<br>**Processing Center**<br>**Des Moines, IA 50364-0001** | | C | DATE INCURRED:  **4/2000**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $2,944.12 |
| ACCT #:  xxxx-xxxx-xxxx-2781<br>**HSBC Retail Services**<br>**PO Box 60107**<br>**City of Industry, CA 91716-0107** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $2,955.90 |
| ACCT #:  xxxx-xxxx-xxxx-0246<br>**Juniper Mastercard**<br>**PO Box 13337**<br>**Philadelphia, PA 19101-3337** | | C | DATE INCURRED:  **2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $2,495.31 |
| ACCT #:  xxx-xxx6-274<br>**Kohl's Payment Center**<br>**PO Box 30510**<br>**Los Angeles, CA 90030-0510** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $2,495.31 |
| ACCT #:  xxxx-xxxx-xxxx-2410<br>**Target National Bank**<br>**P O Box 59317**<br>**Minneapolis, MN  55459-0317** | | C | DATE INCURRED:  **11/2001**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $15,626.04 |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$51,369.77**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Wayne Hogue**
       **Barbara Bynes Hogue**

Case No. _____
                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx6952**<br>**Texas Childrens Hospital**<br>**PO Box 4494**<br>**Houston, TX 77210** | | C | DATE INCURRED:  **9/2008**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $682.81 |
| ACCT #:  **xxxxxxxxxxxx1003**<br>**The Home Depot Mastercard**<br>**PO Box 6925**<br>**The Lakes, NV 88901-6925** | | C | DATE INCURRED:  **2/2008**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $2,517.68 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __2____ of __2_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $3,200.49

Total > $120,649.61

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Marshall Wayne Hogue**                                Case No. _____
       **Barbara Bynes Hogue**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re **Marshall Wayne Hogue**                    Case No. _____
      **Barbara Bynes Hogue**                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Marshall Wayne Hogue**                    Case No. _____
       **Barbara Bynes Hogue**                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,

unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Daughter<br>Son<br>Son | Age(s): 12<br>17<br>21 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Asst. Manager | Buyer |
| Name of Employer | Fiesta Food | Clear Creek ISD |
| How Long Employed | Since April 2008 | Since September 2001 |
| Address of Employer | 12201 East Freeway<br>Houston, TX 77015 | PO Box 799<br>League City, TX 77574-0799 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $4,658.33 | $4,791.66 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | **$4,658.33** | **$4,791.66** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $274.69 | $327.92 |
| b. Social Security Tax | $277.03 | $0.00 |
| c. Medicare | $64.78 | $61.50 |
| d. Insurance | $190.67 | $518.60 |
| e. Union dues | $0.00 | $0.00 |
| f. Retirement  401K / TRS DEP | $279.50 | $306.66 |
| g. Other (Specify) Suppl Life / Hous Chron | $5.98 | $15.00 |
| h. Other (Specify) / TRS INS | $0.00 | $31.14 |
| i. Other (Specify) | $0.00 | $0.00 |
| j. Other (Specify) | $0.00 | $0.00 |
| k. Other (Specify) | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,092.65** | **$1,260.82** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$3,565.68** | **$3,530.84** |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
| a. | $0.00 | $0.00 |
| b. | $0.00 | $0.00 |
| c. | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,565.68** | **$3,530.84** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$7,096.52** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **Marshall Wayne Hogue**                                    Case No. _____
         **Barbara Bynes Hogue**                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case
filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of
expenditures

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,398.32 |
|    a. Are real estate taxes included?   ☑Yes   ☐No | |
|    b. Is property insurance included?   ☑Yes   ☐No | |
| 2. Utilities:  a. Electricity and heating fuel | $350.00 |
|            b. Water and sewer | $60.00 |
|            c. Telephone | $33.00 |
|            d. Other:  none | $0.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $900.00 |
| 5. Clothing | $150.00 |
| 6. Laundry and dry cleaning | $0.00 |
| 7. Medical and dental expenses | $150.00 |
| 8. Transportation (not including car payments) | $528.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $30.00 |
| 10. Charitable contributions | $10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $0.00 |
|         b. Life | $0.00 |
|         c. Health | $0.00 |
|         d. Auto | $373.11 |
|         e. Other:  none | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $0.00 |
| Specify: None | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto:   Auto Debt / Pay in Plan | $0.00 |
|         b. Other:  None | $0.00 |
|         c. Other:  None | $0.00 |
|         d. Other:  None | $0.00 |
| 14. Alimony, maintenance, and support paid to others:     None | $0.00 |
| 15. Payments for support of add'l dependents not living at your home:     None | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17.a. Other: See attached personal expenses | $1,847.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$5,879.43** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $7,096.52 |
| b. Average monthly expenses from Line 18 above | $5,879.43 |
| c. Monthly net income (a. minus b.) | $1,217.09 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Marshall Wayne Hogue**                                               CASE NO
         **Barbara Bynes Hogue**

                                                                    CHAPTER     **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---|
| Cable Television | **$89.00** |
| Toll Road/EZ Tag | **$80.00** |
| Toiletries,Cleaning & Hygiene Products | **$150.00** |
| Internet | **$49.00** |
| Pet food & vet, flea, heartguard | **$235.00** |
| Cellular Phone | **$240.00** |
| School & Extracurricular/inst. & lessons | **$123.00** |
| Education Expense:Tuition, Books | **$320.00** |
| Maintenance Fee/Homeowner Due $335 year | **$28.00** |
| Postage | **$8.00** |
| Barber Shop/Beauty Parlor | **$75.00** |
| Yard Care | **$100.00** |
| Children's Lunch Money | **$150.00** |
| Work Lunches | **$200.00** |
| **Total >** | **$1,847.00** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   **Marshall Wayne Hogue**                                      Case No. _____
     **Barbara Bynes Hogue**                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**29**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **11/30/2010**_____          Signature  **/s/ Marshall Wayne Hogue**_____
                                                                     *Marshall Wayne Hogue*


Date  **11/30/2010**_____          Signature  **/s/ Barbara Bynes Hogue**_____
                                                                      *Barbara Bynes Hogue*
                                                 [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:   **Marshall Wayne Hogue**

**Barbara Bynes Hogue**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None ☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,

including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this

case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that

maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.

| AMOUNT | SOURCE |
|---|---|
| $92,742.00 | 2008 wages, salaries |
| $99,484.00 | 2009 wages, salaries |
| $57,428.00 | 2010 wages, salaries/Marshall Hogue 10-28-10 |
| $26,413.71 | 2010 wages, salaries/Barbara Hogue 10-20-10 Clear Creek Isd (ended july 1 and then began again in sep 20 after leaving deer park isd) |
| $9,984.00 | 2010 wages, salaries/Barbara Hogue 09-28-10 Deer Park Isd (began july 5 and then ended sep 17) |

---

None ☐

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the

two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse

| AMOUNT | SOURCE |
|---|---|
| $127.00 | 2008 Taxable Interest |
| $5,059.00 | 2008 Pensions and Annuities |
| $84.00 | 2009 Taxable Interest |
| $-3.00 | 2009 Capital Gain (loss) |
| $1,449.70 | 2010 CD/Retirement Disbursed 2/2/10 |

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other

debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that

constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Midland Mortgage Co.<br>P.O. Box 268888<br>Oklahoma City, OK 73126 | Monthly<br>(Last 90 days) | $1.398.32 | $147,000.00 |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Marshall Wayne Hogue**
         **Barbara Bynes Hogue**

Case No. _____
                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately

preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than

$5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support

obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

---

None
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors

who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this

bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both

---

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding

the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

---

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned

to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must

---

## 6. Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the

commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property

---

## 7. Gifts

None
☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual

gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

---

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the

commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **Marshall Wayne Hogue**
         **Barbara Bynes Hogue**

Case No. _____
                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt

consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John E. Smith & Associates, P.C.<br>2190 North Loop West<br>Suite 101<br>Houston, Texas 77018 | 02/02/2010<br>03/22/2010 | $1,200.00 Downpayment<br>$1,099.00 Payment |
| Cricket Debt Counseling<br>10121 SE Sunnyside Rd<br>Sutie 300<br>Clackamas, OR 97015<br>www.cricketdebt.com | 04/16/2010, 11/30/2010 | $36.00 |

---

None
☑

### 10. Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

---

None
☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

---

None
☑

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise

transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,

certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

---

None
☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately

preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or

---

None
☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this

case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether

---

None
☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Marshall Wayne Hogue**                                      Case No.  _____
         **Barbara Bynes Hogue**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☑

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied

during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address

---

None
☑

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,

Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic

substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or

regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated

by the debtor, including, but not limited to, disposal sites.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or

potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous

Material.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

---

None
☑

## 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,

sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the

commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately

preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Marshall Wayne Hogue**
         **Barbara Bynes Hogue**                              Case No. _____

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None

☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,

within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of

more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or

self-employed in a trade, profession, or other activity, either full- or part-time.

---

### 19. Books, records and financial statements

None

☑   a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the

---

None

☑   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account

---

None

☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

---

None

☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

---

### 20. Inventories

None

☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

---

None

☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None

☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None

☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

---

### 22. Former partners, officers, directors and shareholders

None

☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Marshall Wayne Hogue**
         **Barbara Bynes Hogue**

Case No. _____
                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑
b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year
immediately

---

None
☑
**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
compensation in any form,
bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the

---

None
☑
**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated
group for tax
purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the

---

None
☑
**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor,
as an employer,
has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Marshall Wayne Hogue**
      **Barbara Bynes Hogue**

Case No. _____
                     (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **11/30/2010**_____

Signature _____ **/s/ Marshall Wayne Hogue**
of Debtor  *Marshall Wayne Hogue*

Date  **11/30/2010**_____

Signature _____ **/s/ Barbara Bynes Hogue**
of Joint Debtor  *Barbara Bynes Hogue*
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*